IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL SEWELL**, | ) | |
| | ) | Civil Action No.  2:13-cv-714 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GERALD ROZUM, et al**, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW this 5th day of August, 2025, for the reasons set forth in the memorandum opinion, Russell Sewell's objections (ECF No. 26) to the magistrate judge's Report and Recommendation ("R&R") dated May 28, 2025, are denied.  The R&R (ECF No. 25) is adopted as the opinion of this court, as supplemented in the memorandum opinion and Sewell's document (ECF No. 24), construed as a motion to reopen the case under Rule 60, is denied.  To the extent applicable, a certificate of appealability is denied on that issue.

The clerk of court shall transfer Sewell's documents (ECF Nos. 24 and 26) to the Third Circuit Court of Appeals for consideration as a second or successive petition.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge